**Order filed October 27, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00635-CV
_____

## IN THE INTEREST OF F.L.W. AND K.B.W., CHILDREN

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2021-01013**

## ORDER

This appeal is from an order signed August 17, 2022. Appellant filed a notice of appeal on August 30, 2022.

No reporter's record has been filed in this case. The court reporter, Dawn Van Stean, informed this court that appellant had not made requested preparation of the reporter's record. On September 7, 2022, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of a request for preparation of the record as well as payment for the record or indigency. *See* Tex. R. App. P. 37.3(c). Appellant filed a statement of

inability to afford costs in this court. The clerk's record was filed October 14, 2022. It reflects appellant filed a Statement of Inability to Afford Payment of Court Costs in the trial court. "A party who files a Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the court as provided by this rule." *See* Tex. R. Civ. P. 145(a). Appellant has not been ordered to pay costs pursuant to Rule 145.

However, appellant has not filed proof that preparation of the reporter's record has been requested per our notice of September 7, 2022. Accordingly, we order appellant to file proof that court reporter Dawn Van Stean has been requested to prepare the reporter's record within thirty days of the date of this order. If appellant fails to do so, we may consider and decide those issues or points that do not require a reporter's record. *See* Tex. App. P.37.3(c).

PER CURIAM

Panel consists of Justices Spain, Poissant and Wilson.